AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California


LODGED
CLERK, U.S. DISTRICT COURT
07/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

FILED
July 30, 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY: Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America,
v.

JESUS MOISES AUDELO HERRERA, aka "Jesus M. Audelo Herrera," aka "Jesse Valle," aka "Jesus Moises Audelio Herrera,"

Defendant(s)

Case No. 8:25-mj-00625-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>March 1, 2021</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

JARED BROMBERG, Deportation Officer, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/30/25

*Judge's signature*

City and state: Santa Ana, California

Hon. SHASHI H. KEWALRAMANI, U.S. Magistrate Judge
*Printed name and title*

AUSA: Greg Staples

**AFFIDAVIT**

I, Jared Bromberg, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a complaint and arrest warrant against JESUS MOISES AUDELO HERRERA, aka "Jesus M. Audelo Herrera," aka "Jesse Valle," aka "Jesus Moises Audelio Herrera" ("AUDELO"), charging him with violating Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, data contained in Department of Homeland Security ("DHS") databases, the Alien File ("A-File") that is assigned to AUDELO, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF JARED BROMBERG

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los

Angeles Enforcement and Removal Operations ("ERO") field office, Santa Ana sub-office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

### III. STATEMENT OF PROBABLE CAUSE

4.  On or about March 1, 2021, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that AUDELO had recently been encountered by the Orange County Sheriff's Department ("OCSD").

5.  Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS and its predecessor agency, the Immigration and Naturalization Service ("INS"), with respect to the subject alien for whom the DHS A-File is maintained.

6.  On or about July 28, 2025, I reviewed DHS A-File A95-625-084 (the "DHS A-File"), which is maintained for subject alien AUDELO. The DHS A-File contained the following documents and information:

      a.   A Record of Deportable/Inadmissible Alien (Form I-213) dated on or about November 1, 2016, listing a Federal Bureau of Investigation Identification number ("FBI number"). I compared the FBI number to the one listed on the electronic notification received from the PERC. These documents list the same FBI number. I thus believe that this DHS A-File and its contents corresponded to AUDELO.

      b.   The following documents related to AUDELO's removal:

      i.   An Order of the Immigration Judge showing that AUDELO was ordered removed to Mexico by William J. Nickerson, Jr., Immigration Judge, on or about November 12, 2003.

      ii.   An executed Warrant of Removal/Deportation indicating that AUDELO was officially removed from the United States on or about November 15, 2003.

      iii.   An executed Warrant of Removal/Deportation (Form I-205) indicating that AUDELO was officially removed from the United States on or about August 12, 2010.

      iv.   An executed Warrant of Removal/Deportation (Form I-205) indicating that AUDELO was officially removed from the United States on or about November 8, 2010. The DHS A-File Number is missing from the front page of this I-205.

      v.   An executed Warrant of Removal/Deportation (Form I-205) indicating that AUDELO was officially removed from the United States on or about November 19, 2010.

    vi. An executed Warrant of Removal/Deportation (Form I-205) indicating that AUDELO was officially removed from the United States on or about October 26, 2016.

    vii. An executed Warrant of Removal/Deportation (Form I-205) indicating that AUDELO was officially removed from the United States on or about November 1, 2016.

    viii. A Notice and Order of Expedited Removal showing that AUDELO was ordered removed from the United States by Mariza Marin, Chief CBP Officer, on or about November 4, 2016.

    ix. An executed Notice to Alien Ordered Removed/Departure Verification (Form I-296) indicating that AUDELO was officially removed from the United States on or about November 4, 2016.

  c. I know from my training and experience that a Warrant of Removal, a Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed or excluded from the United States by DHS (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Warrants of Removal/Deportation and the Notice to Alien Ordered Removed/Departure Verification in the DHS A-File contained a photograph, signature, and fingerprint.

  d. A Record of Deportable/Inadmissible Alien (Form I-213) dated on or about September 17, 2003, lists AUDELO's country of citizenship as Mexico.

7. On or about July 28, 2025, I reviewed the DHS computer indices on AUDELO. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is removed, deported, or excluded from the United States by DHS, was removed, deported, or excluded by the former INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that AUDELO had been removed, deported, and/or excluded on or about the dates indicated on the Warrants of Removal/Deportation and the Notice to Alien Ordered Removed/Departure Verification found in the DHS A-File. The DHS computer indices further indicated that AUDELO had not obtained from the Attorney General or the Secretary of Homeland Security, permission to reapply for admission to the United States following his last deportation and removal.

8. Based on my review of the DHS A-File, I determined that it does not contain any record of his receiving from the Attorney General or the Secretary of Homeland Security, permission to reapply for admission to the United States following his last deportation and removal. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

9. For all the reasons described above, there is probable cause to believe that JESUS MOISES AUDELO HERRERA has committed a violation of Title 8, United States Code, Sections 1326(a):

Illegal Alien Found in the United States Following Deportation or Removal.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __30th__ day of July 2025.

_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE